In compliance with the Alabama Supreme Court's decision inEx parte McCree, 554 So.2d 336 (Ala. 1988), we remanded this case to the trial court with directions to vacate appellant's sentence entered pursuant to § 13A-5-6(a)(5), Code of Alabama 1975, and to resentence him under the sentencing provisions of § 13A-5-6(a)(3). The trial court has complied with our directions and has made due return of its action.
The return discloses that the original sentence was vacated and, in a proper proceeding with appellant and counsel present, appellant was sentenced on his conviction of manslaughter to five years' imprisonment and was ordered to pay $610 restitution and $25 to the Crime Victims Compensation Commission. The sentence was suspended, and appellant was placed on five years' probation.
Thus, the conviction of manslaughter and the sentence are due to be, and they are hereby, affirmed.
OPINION EXTENDED; AFFIRMED.
All Judges concur. *Page 343